**Order entered February 11, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00934-CV

### KALEI MERRILL, Appellant

### V.

### MITCHELL CURRY, ET AL., Appellees

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01827-2019**

## ORDER

Before the Court is appellant's February 10, 2022 unopposed third motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **February 24, 2022**. We caution appellant that further requests for extension will be disfavored.

/s/     KEN MOLBERG
         JUSTICE